RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 25 2015

Abel Acosta, Clerk

82,854-01

Saturday, Febuary 21, 2015

Abel Acosta, Criminal Court of Appeals.

Im writing to you because I recieved a notice that my 11.07 Habeas Corpus was filed and presented to the court.

1) Im asking what is the answer on my release.

2) The notice was mailed to the wrong address. The correct address is

Blake Monakino spn# 02156341
701 San Jacinto 4A3
Houston, TX 77002

Ground Five.

3) Im fileing a habeas corpus because under article 1.051 of the criminal code and procedure, my Rights were violated and has caused harm to my case.

On April 10, 2014, I recieved 6 yrs TDC and my court appointed lawyer ms Lisa Kay Andrews was suspose to file my appeal and failed. As a result to that and the trial court making a MISTAKE in me haveing a right to an appeal, I went 8 months, without an attorney to represent me. I was forced to file documents and a brief by myself. My constitutional Rights have been violated and I shouldnt have to pay for someone elses mistakes! Along with be charged with the wrong charge, Im appealing my case all

the way to the top of the appeals chain for, <u>abuse of discretion</u>, <u>vindictive prosecution</u>, <u>lack of evidence</u> and <u>wrong fully charged</u>.

Mr Acosta,

I ask you to please let this paper get were it needs to go.

Thank you, Respectfully

Blake Monakino 0215631
701 San Jacinto 4A3
Houston, TX 77002.